OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



4/15/2015

HUCKEL, JESSIE ALAN    Tr. Ct. No. W10-33708-L (B)    WR-78,518-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Paroled
12/5/14

JESSIE ALAN HUCKEL
POWLEDGE UNIT - TDC # 1760219
1400 FM 3452
PALESTINE, TX  75882

**UTF**

CAVRS3B  75882